**Chester MARTIN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

April 24, 1959.

---

Robert C. Carter, Glasgow, for appellant.

Jo M. Ferguson, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

The appellant, Chester Martin, was convicted of having intoxicating liquor in his possession for sale in local option territory in Barren County, and was sentenced to serve sixty days in jail and fined $100.

Upon examination of the record and the points raised in seeking a reversal of the judgment, we conclude that the trial con-

formed to established practice and we find no prejudicial error was committed. Cr. Code Prac. § 348.

The motion for an appeal is dismissed.